### IIN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:25CR125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ENTRY OF APPEARANCE |
| | ) | |
| RAYMUNDO ROBLES-SANTIAGO a/k/a, | ) | |
| RAYMUNDO ROBLES-CRUZ | ) | |
| | ) | |
| Defendant. | ) | |

**COMES NOW,** as attorney of record, Carlos A. Monzón, and hereby enters his appearance

in the above-captioned matter.

DATED this 8th day of July, 2025

> **RAYMUNDO ROBLES-SANTIAGO a/k/a**
> **RAYMUNDO ROBLES-CRUZ, Defendant**


> By:    **/s/Carlos A. Monzón**
>        Carlos A. Monzón, #20453
>        MONZON, GUERRA, & CHIPMAN
>        1133 "H" Street
>        Lincoln, NE 68508
>        (402)477-8188 (Office)
>        (402)477-8202 (Facsimile)
>        cmonzon@monzonlaw.com
>        Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of July 2025, he served a copy of the above and foregoing via Electronic Service Delivery, upon the following:

Sarah A. Hinrichs
U.S. Attorney's Office – Omaha
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506

Yvonne D. Sosa
Federal Public Defender's Office- Omaha
222 South 15th Street
Suite 300N, One Central Park Plaza
Omaha, NE 68102

**/s/Carlos A. Monzón**
Carlos A. Monzón