IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RAYMUNDO ROBLES-SANTIAGO,<br><br>                Defendant. | 8:25-CR-125<br><br>**ADOPTION OF MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY** |

       This matter is before the Court on the magistrate judge's Findings and Recommendation, Filing 23, recommending that the Court accept the defendant's plea of guilty to Count I of the Indictment. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the magistrate judge.

       IT IS ORDERED:

       1. The magistrate judge's Findings and Recommendation, Filing 23, is adopted;

       2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea;

       3. The Court defers acceptance of any plea agreement until it has reviewed the presentence report, pursuant to Fed. R. Crim. P. 11(c)(3); and

       4. This case shall proceed to sentencing.


       Dated this 19th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge